No. 694. HUNT OIL CO. ET AL. *v.* MARATHON OIL CO., FORMERLY OHIO OIL CO., ET AL. C. A. 5th Cir. Certiorari denied. *Joseph C. LeSage, Jr.* and *James D. Heldt* for petitioners. *Arthur O'Quin, Robert Roberts, Jr., C. Ford Currier, Clayton L. Orn* and *Calvin A. Brown* for respondent Marathon Oil Co.

No. 697. REYNOLDS METALS CO. ET AL. *v.* LAMPERT ET UX. C. A. 9th Cir. Certiorari denied. *Gustav B. Margraf* for petitioners.

No. 699. KASSAB *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Murray M. Chotiner* and *Patrick J. Hillings* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for respondent.

No. 702. GALLOWAY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Julius L. Sherwin* and *Theodore R. Sherwin* for petitioner.

No. 704. HANSEN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Morris Gordon Meyers* for petitioner.

No. 708. CITY OF JACKSON ET AL. *v.* BAILEY ET AL. C. A. 5th Cir. Certiorari denied. *Thomas H. Watkins* and *John M. Kuykendall, Jr.* for petitioners. *Jack Greenberg, Constance Baker Motley, Derrick A. Bell, Jr.* and *R. Jess Brown* for respondents.